1
2
3
4
5
6
7
8  **UNITED STATES DISTRICT COURT**
9  **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12 DAVID THOMPSON BOYD BEY, et al., ) Case No. CV 13-1567-DMG (SP)
13                    Plaintiff, ) **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
14              v.
15 CITY OF GLENDALE, et al.,
16                    Defendants. )
17 _____
18    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended
19 Complaint, other records on file, and the Report and Recommendation of the United
20 States Magistrate Judge.  Plaintiff has not filed any written Objections to the Report
21 within the time permitted.  The Court accepts the findings and recommendation of
22 the Magistrate Judge.
23 //
24 //
25 //
26
27
28

1     IT IS THEREFORE ORDERED that Defendants' Motion for Summary
2 Judgment is granted, and Judgment will be entered dismissing the Third Amended
3 Complaint and this action with prejudice.

6 DATED: December 17, 2015

                              DOLLY M. GEE
                         UNITED STATES DISTRICT JUDGE