JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID THOMPSON BOYD BEY, et al., | Case No. CV 13-1567-DMG (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF GLENDALE, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Third Amended Complaint and this action are dismissed with prejudice.

DATED: December 17, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE